IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN LOHR, Individually and for Others Similarly Situated
    Plaintiff,  :   No. 24-cv-0069
      :
 Vs.  :   Judge Horan
      :
BOP ACQUISITION LLC, BOP ABSTRACT LLC, BOP LAND SERVICES LP, and BOP LAND GP LLC  :
    Defendants.

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this matter hereby stipulate to the dismissal of the above-captioned case without prejudice. Each party will bear its own costs.

Respectfully Submitted,

By:/s/Andrew W.Dunlap
 Andrew W. Dunlap
 JOSEPHSON DUNLAP, LLP
 11Greenway Plaza, Suite 3050
 Houston, TX 77046
 adunlap@mybackwages.com
 (713) 352-1100
 *Attorneys for Plaintiff*

By: /s/Thomas H. May
 Thomas H. May
 Dickie, McCamey & Chilcote, P.C.
 Two PPG Place – Suite 400
 Pittsburgh, PA 15222-5402
 tmay@dmclaw.com
 (412) 392-5437
 *Attorneys for Defendants,*
 *BOP Acquistion LLC, BOP Abstract LLC, BOP Land Services LP and BOP Land GP LLC*

It is so ordered this 1st day of April 2024.

*[Signature: Marilyn J. Horan]*
Marilyn J. Horan
United States District Judge